Lois Norton, as Administratrix of the Estate of Lina Garnsey, Deceased, Appellant, *v.* Phillips Petroleum Company et al., Respondents.

Submitted October 13, 1941; decided October 23, 1941.

*Milton Kunen* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.